<u>FINAL FAIRNESS HEARING.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 11/12/2009
Judge B. Lynn Winmill                Deputy Clerk: Jamie Gearhart
Case No. CV 09-107-S-BLW             Reporter: Tammy Hohenleitner
Place: Boise, ID                     Time: 9:15 am - 9:30 am

Amanda Davis, et al                  Plaintiff
 vs

Canyon County, Idaho, et al          Defendant.


Counsel for (Plaintiff                Stephen Pevar/Lea Cooper

Counsel for (Defendant                Carlton Ericson



Hearing on: Final Fairness Hearing

Court reviewed terms of Consent Decree and adopted in full.

Consent Decree, Order and Judgment to be filed separately.