IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA DAVIS, et al,<br><br>        Plaintiffs,<br><br>vs.<br><br>CANYON COUNTY, IDAHO, et al,<br><br>        Defendants. | Case No. 1:09-cv-00107-BLW<br><br>ORDER TERMINATING CONSENT DECREE, ORDER AND JUDGMENT |

Based upon the Stipulation and Motion for Order Terminating the Consent Decree, Order and Judgment, signed by the parties and good cause appearing;

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 48) is APPROVED, and the Third Amendment to Consent Decree, Order and Judgment (Docket No. 47), be terminated, each party to pay its own attorneys' fees and costs.



DATED: May 12, 2016

_____

B. Lynn Winmill
Chief Judge
United States District Court

ORDER TERMINATING CONSENT
DECREE, ORDER AND JUDGMENT